# EXHIBIT B

December 6, 2017

GTCR
300 N. LaSalle St.
Suite 5600
Chicago, Illinois 60654



**RE: Pending Litigation - Ferrari Energy, LLC**

TO WHOM IT MAY CONCERN:

    Just wanted to keep you apprised as to another law suit that has been filed against Adam Ferrari and his entity Ferrari Energy, LLC, dba Wolfhawk Energy Holdings, LLC. Including the suits which were brought to your attention in a letter on November 9 it now appears as if Mr. Ferrari's reckless behavior and toxic company culture has caused his company to have been named as a Defendant in six (6) law suits at the Weld County District Court alone. This appears to be at a pace of one law suit for every month his current entity has been in business.