# EXHIBIT H

October 10th, 2022

Converse County, Wyoming
Oil & Gas Interest Owner

Re: Possible Fraud; *Phoenix Capital Group Holdings, LLC*

Dear Converse County Oil & Gas Interest Owner,

This letter, along with its attachments, has been sent to you because Phoenix Capital Group Holdings, LLC ("Phoenix") has recently recorded a Deed, Assignment and/or Oil and Gas Lease in the County Records transferring your Wyoming oil and gas interest into Phoenix.

**BACKGROUND:** Ferrari Energy, LLC doing business as Wolfhawk Energy Holdings, LLC had been engaged in fraudulent and unethical activity with oil and gas interest owners in several states under various entities. The founder, CEO and managing partner, Adam Ferrari, was arrested on felony charges in Denver, Colorado for defrauding mineral owners out of their minerals, royalties and hundreds of thousands of dollars. After the industry in Colorado blacklisted Adam Ferrari and his groups, the company took their fraudulent business up to Wyoming and North Dakota under a new name, The Petram Group, in an attempt to continue to defraud mineral owners out of their property and money. When The Petram Group was outed they stopped doing business under that name and Adam Ferrari discreetly organized Phoenix in an attempt to distance himself from the company. Phoenix is Adam Ferrari's latest oil and gas scam against interest owners that is also now going after capital investments from everyday people with promises of unsustainable returns in the long run. There is currently a lawsuit that is quietly in motion from a prominent oil and gas company against Phoenix in an attempt to put an end to their scams, along with Adam Ferrari's dealings in the industry.

Attached to this letter are articles from the Denver Post and the Greeley Tribune detailing the fraud this company has been engaged in. Also attached is one of several Affidavit of Non-Payment from a Colorado mineral owner that was recorded in Weld County, Colorado. It details his experience about the fraud he endured from Wolfhawk. More information can be found by simple search engine inquiries.

If you have not been paid in full or have been defrauded by Phoenix regarding your minerals and/or capital investments with them, it is strongly advised you seek consul from an attorney to understand your options. It is also asked that if you know other oil and gas interest owners and/or individuals who are considering doing business and/or investing their capital with Phoenix, you let them know.

Sincerely,

A Concerned Colorado, North Dakota and Wyoming Interest Owner