# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI | § § § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0455-S |
| WILLIAM FRANCIS | § § § | |

## ORDER

This Order addresses Defendant William Francis's Motion to Dismiss Amended Complaint ("Motion") [ECF No. 9]. Having reviewed and considered the Motion, Plaintiff Adam Ferrari's Response in Opposition to the Motion [ECF No. 16], Defendant's Reply in Support of the Motion [ECF No. 28], and the applicable law, the Court **DENIES** the Motion.[1]

Applying the facial plausibility jurisprudence of *Bell Atlantic Corp v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and accepting all well-pleaded facts as true, and viewing them in the light most favorable to Plaintiff, the Court concludes that Plaintiff's First Amended Complaint pleads sufficient facts to state a claim to relief that is plausible on its face. Therefore, the Court therefore **DENIES** the Motion to Dismiss.

**SO ORDERED.**

SIGNED October 31, 2023.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**

---

[1] In the Motion, Defendant asks the Court to take judicial notice of "court records related to criminal proceedings in which [Plaintiff] pleaded guilty to a felony." Mot. 6. The Court need not and does not consider this request, however, as the Court would reach the same conclusion regardless of whether it took judicial notice of the criminal records.