AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| ADAM FERRARI | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-CV-455 |
| WILLIAM FRANCIS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADAM FERRARI.

Date: 11/02/2023

/s/Ross M. Good
*Attorney's signature*

Ross M. Good, IL6312917
*Printed name and bar number*

161 N. Clark
Suite 1600
Chicago, Illinois 60601

*Address*

ross@loftusandeisenberg.com
*E-mail address*

(786) 539-3952
*Telephone number*

*FAX number*