## ENTITY INFORMATION

### ENTITY INFORMATION

| | |
|---|---|
| **Entity Name:** FINDIT, INC. | **Entity Number:** C30222-1998 |
| **Entity Type:** Domestic Corporation (78) | **Entity Status:** Active |
| **Formation Date:** 12/23/1998 | **NV Business ID:** NV19981415543 |
| **Termination Date:** | **Annual Report Due Date:** 12/31/2023 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Name of Individual or Legal Entity:** INCORP SERVICES, INC.* | **Status:** Active |
| **CRA Agent Entity Type:** | **Registered Agent Type:** Commercial Registered Agent |
| **NV Business ID:** | **Office or Position:** |
| **Jurisdiction:** NEVADA | |
| **Street Address:** 3773 HOWARD HUGHES PKWY STE 500S, Las Vegas, NV, 89169 - 6014, USA | |
| **Mailing Address:** | |
| **Individual with Authority to Act:** Karla Vazquez, President | |
| **Fictitious Website or Domain Name:** | |

### OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Treasurer | Tom Powers | 5051 Peachtree Corners #200, Peachtree Corners, GA, 30092, USA | 02/16/2022 | Active |
| President | RAYMOND FIRTH | 5051 PEACHTREE CORNERS CIR #200, PEACHTREE CORNERS, GA, 30092, USA | 12/28/2018 | Active |
| Secretary | THOMAS POWERS | 5051 PEACHTREE CORNERS CIR #200, PEACHTREE CORNERS, GA, 30092, USA | 12/28/2018 | Active |
| Director | THOMAS POWERS | 5051 PEACHTREE CORNERS CIR #200, PEACHTREE CORNERS, GA, 30092, USA | 12/28/2018 | Active |
| Director | RAYMOND FIRTH | 5051 PEACHTREE CORNERS CIR #200, PEACHTREE CORNERS, GA, 30092, USA | 12/28/2018 | Active |

Page 1 of 1, records 1 to 5 of 5

### CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 500,000,000 | 0.001000000000 |
| | Authorized | 50,000,000 | 0.001000000000 |

Page 1 of 1, records 1 to 2 of 2

**Number of No Par Value Shares:** 0

**Total Authorized Capital:** 550,000