AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| ADAM FERRARI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-CV-455 |
| WILLIAM FRANCIS | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: FINDIT, INC. c/o Incorp Services, Inc.
3773 HOWARD HUGHES PKWY STE 500S Las Vegas, NV, 89169

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Rider

| Place: Ross M. Good, Esq., Loftus & Eisenberg, Ltd. 161 N. Clark, Suite 1600, Chicago, IL 60601 | Date and Time: 11/29/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/08/2023

*CLERK OF COURT*

OR

_____     /s/Ross M. Good
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff ADAM FERRARI , who issues or requests this subpoena, are:

Ross Good, Loftus & Eisenberg, Ltd., ross@loftusandeisenberg.com, (786) 539-3952

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ADAM FERRARI v. WILLIAM FRANCIS**
**USDC – NORTHERN DISTRICT OF TEXAS – Civil Action No. 3:23-CV-455**

### RIDER TO SUBPOENA

**DEFINITIONS:**

1. The term "**Communication**" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise). By way of illustration only, communication includes, but is not limited to, telephone conversations, letters, e-mails, SMS texts, notes, telegrams, teletypes, telecopies, memoranda, face-to-face conversations, Facebook, Whatsapp, Signal, Instagram, or Twitter communications, and any other forms of textual or written communication, including any web-based, website-based, or other forms of electronic communication or record of a communication.

2. The term "**Document**" includes each and every form of communication, including all written, printed, typed, recorded, or graphic matter of any kind, type, nature, or description, in whatever form (e.g., final and draft versions) that is or has been in Your actual or constructive possession, custody or control, including all printed and electronic copies of email, electronic text, chat, or direct messages sent on any platform (such as SMS, iMessage, WhatsApp, Signal, Confide, Telegram, Facebook, Instagram, Twitter, Slack, Microsoft Teams, Google Chat, Zoom, etc.), notes, correspondence, memoranda, tapes, stenographic or handwritten notes, written forms of any kind, charts, blueprints, drawings, sketches, graphs, plans, articles, specifications, diaries, letters, telegrams, photographs, minutes, contracts, agreements, reports, surveys, computer printouts, data compilations of any kind, teletypes, telexes, facsimiles, invoices, order forms, checks, drafts, statements, credit memos, reports, summaries, books, ledgers, notebooks, schedules, transparencies, recordings, catalogs, advertisements, promotional materials, films, video tapes, audio tapes, brochures, pamphlets or any written or recorded materials of any other kind, however stored (whether in tangible or electronic form), recorded, produced or reproduced, including backups.

3. "You" refers to subpoena respondent.

4. "Relevant Time Period" means January 1, 2017 to Present"

**TOPICS:**

1. Any and all documents and communications related to (a) lawsuitsoilandgas.com and (b) adamferrarioilandgaslawsuits.com, during Relevant Time Period.

2. Any and all documents referring or relating to payment(s) received by you relating to (a) lawsuitsoilandgas.com and (b) adamferrarioilandgaslawsuits.com, including but not limited to full credit card numbers, during Relevant Time Period.

**INSTRUCTIONS:**

Responsive data should be emailed if possible to ross@loftusandeisenberg.com.

Questions should be directed to Ross Good at ross@loftusandeisenberg.com or (786) 539-3952.