IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:23-cv-455-S |
| | § | |
| WILLIAM FRANCIS, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF INTENT TO SERVE SUBPOENA
ON PHOENIX CAPITAL GROUP HOLDINGS, LLC**

TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant William Francis intends to issue the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") to a non-party Phoenix Capital Group Holdings, LLC, commanding it to produce and make available documents identified in the Subpoena, on January 19, 2023 at the location specified in the Subpoena, or at a time and place to be mutually agreed upon. A copy of the Subpoena is attached as **Exhibit A**.

Respectfully submitted,

By: _/s/ Charlene C. Koonce_____
    Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    Andrew C. Debter
     Texas Bar No. 24133954
     andrew@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

    *Attorneys for Defendant William Francis*

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

/s/ Charlene C. Koonce_____
Charlene C. Koonce

2