## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-455 |
| | § | |
| WILLIAM FRANCIS, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26 and the Court's inherent authority to manage the discovery process, Plaintiff, Adam Ferrari ("Ferrari" or "Plaintiff"), and Defendant, William Francis's ("Francis" or "Defendant"), (collectively referred to herein as the "Parties") respectfully request that the Court enter a [Proposed] Agreed Protective Order ("Protective Order") in this case. The Parties consider certain information and documents in their possession to be confidential and proprietary, including, inter alia, personal, confidential, trade secret, proprietary, technical, business and/or financial information, and therefore, mutually desire that a Protective Order limiting the use, access to and disclosure of such information and documents be entered. The terms of the Protective Order have been negotiated by the Parties, and the Parties have agreed on the proposed language.

A copy of the proposed Protective Order that the Parties request the Court to enter is attached hereto as Exhibit 1.

Respectfully submitted,

/s/Ross M. Good_____
One of Plaintiff's Attorneys

Ross Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark Suite 1600
Chicago, Illinois 60601
p: (786) 539-3952
ross@loftusandesienberg.com

/s/ Charlene Koonce_____
One of Defendant's Attorneys

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
Andrew C. Debter
Texas Bar No. 24133954
andrew@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225
Tel. 214.327.5000
Fax. 214.327.5001

## **CERTIFICATE OF SERVICE**

  Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

               */s/ Ross M. Good*
               Ross M. Good