UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-455 |
| | § | |
| WILLIAM FRANCIS, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF LIMITED STAY

Pursuant to Fed. R. Civ. P. 26 and the Court's inherent authority to manage the discovery process, Plaintiff, Adam Ferrari ("Ferrari" or "Plaintiff"), and Defendant, William Francis's ("Francis" or "Defendant"), (collectively referred to herein as the "Parties") respectfully request that the Court enter a limited stay. In support thereof, the Parties request a limited stay as follows: agree to the following, subject to the Court's approval:

1. Until mediation is complete, only the following limited discovery, in this and all related cases, shall occur:

   a. On the date Ferrari produces the "Dalmore Production" discussed below, Francis agrees to produce the insurance policies and the correspondence regarding said insurance policies;

   b. Parties agree Ferrari can get the response to the Findit Subpoena;

   c. Parties to respond to the Requests to Admit by January 22, 2024

   d. Francis can serve a third-party subpoena on Docusign;

   e. Ferrari agrees to produce the Dalmore production to Francis upon entry of the Protective Order governing confidential material;

1

    f. To facilitate a meaningful mediation, Ferrari also agrees to provide the following, also by 1/22:

      i. From the discovery to Ferrari:

       1. Response to Request for Production 1;

       2. Response to Request for Production 20;

      ii. From the Subpoena to Phoenix:

       1. Response to Request for Production 7 & 8;

       2. Response to Request for Production 18; and

  2. If the case does not settle at mediation, all outstanding discovery will be due 30 days later.

WHEREFORE, the Parties, Adam Ferrari and William Francis, request this Court enter the limited stay as agreed upon above for purposes of effectuating successful mediation of this matter and request any further relief this Court deems appropriate.

            Respectfully submitted,
            /s/Ross M. Good_____
            One of Plaintiff's Attorneys

            Ross Good, Esq.
            LOFTUS & EISENBERG, LTD.
            161 N. Clark Suite 1600
            Chicago, Illinois 60601
            p: (786) 539-3952
            ross@loftusandesienberg.com

            /s/Charlene C. Koonce_____
            Cortney C. Thomas
            Texas Bar No. 24075153
            cort@brownfoxlaw.com
            Charlene C. Koonce
            Texas Bar No. 11672850
            charlene@brownfoxlaw.com
            Andrew C. Debter
            Texas Bar No. 24133954

andrew@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225
Tel. 214.327.5000
Fax. 214.327.5001

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Ross M. Good*
Ross M. Good
