IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:23-cv-455-S |
| | § | |
| WILLIAM FRANCIS, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF INTENT TO SERVE SUBPOENA**
**ON DOCUSIGN, INC., A DELAWARE CORPORATION**

TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant William Francis intends to issue the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") to a non-party DocuSign, Inc., a Delaware corporation, commanding it to produce and make available documents identified in the Subpoena, on February 8, 2024 at 10:00 a.m., at the location specified in the Subpoena, or at a time and place to be mutually agreed upon. A copy of the Subpoena is attached as **Exhibit A**.

Respectfully submitted,

By: */s/ Charlene C. Koonce*

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
Andrew C. Debter
Texas Bar No. 24133954
andrew@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Defendant William Francis*

**CERTIFICATE OF SERVICE**

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

*/s/ Charlene C. Koonce*
Charlene C. Koonce