# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0455-S |
| | § | |
| WILLIAM FRANCIS | § | |

### AMENDED ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. W. Royal Furgeson, Jr. (Ret.)
FurgesonMalouf Law PLLC
6125 Luther Lane #439
Dallas, Texas 75225
(972) 765-1959
royal@furgesonlaw.com

Mediation shall be in person, or otherwise as directed by the Mediator, and completed within **90 days of the date of this Order**. Mediation shall continue from day to day until the Mediator declares an impasse.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED January 16, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**