UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ADAM FERRARI,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Case No. 3:23-cv-00455-S |
| **WILLIAM FRANCIS,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF LOCAL COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

James Crewse, who is admitted to practice in this Court, hereby enters his appearance as Local Counsel for Plaintiff and requests that notice of all pleadings, motions, orders, notices and other papers in this matter be provided to him at the address below:

> James Crewse
> jcrewse@crewselawfirm.com
> CREWSE LAW FIRM, PLLC
> 5546 Vanderbilt Ave.
> Dallas, TX 75206
> Phone: (214) 394-2856

Dated:  February 6, 2024.            Respectfully submitted,

  /s/ James Crewse
JAMES CREWSE
Texas Bar No. 24045722
jcrewse@crewselawfirm.com
**CREWSE LAW FIRM, PLLC**
5919 Vanderbilt Ave.
Dallas, TX 75206
Phone: (214) 394-2856

**LOCAL COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that on this February 6, 2024, the foregoing document was served through filing with the Court's CM/ECF system in accordance with FED. R. CIV. P. 5(b)(2)(E) and Local Rule 5.1(d).

                                        /s/ James Crewse
                                        JAMES CREWSE