UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ADAM FERRARI<br>*Plaintiff* | § § § § | |
| v. | § | Case No. 3:23-cv-00455-S |
| | § § | |
| WILLIAM FRANCIS<br>*Defendant* | § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Latham & Watkins LLP                                                                       , with offices at

650 Town Center Drive, 20th Floor
(Street Address)

Costa Mesa                          California                 92626
(City)                              (State)                    (Zip Code)

714.540.1235                        .
(Telephone No.)

**II.** Applicant will sign all filings with the name Andrew R. Gray                          .

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

andrew.gray@lw.com                            .
(E-mail Address)

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiff, Adam Ferrari

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of <u>California</u>, where Applicant regularly practices law.

Bar license number: <u>254594</u>    Admission date: <u>2007</u>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:
_____

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|

See Attachment A.

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

N/A                        N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

James Crewse at Crewse Law Firm, PLLC _____ who has offices at

5919 Vanderbilt Ave._____
(Street Address)

Dallas_____    TX_____    75206_____
(City)                              (State)           (Zip Code)

214-394-2856_____.
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 27th day of March, 2024.

Andrew R. Gray_____
Printed Name of Applicant

*/s/ Andrew R. Gray*_____
Signature

# ATTACHMENT A

## APPLICATION FOR ADMISSION PRO HAC VICE OF ANDREW R. GRAY

**V. Applicant has also been admitted to practice before the following courts:**

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| U.S. Supreme Court | February 26, 2018 | Active |
| U.S. Court of Appeals for the 9th Circuit | July 28, 2009 | Active |
| U.S. District Court – Central District of California | October 30, 2009 | Active |
| U.S. District Court – Northern District of California | February 9, 2018 | Active |
| U.S. District Court – Southern District of California, | April 13, 2011 | Active |
| U.S. District Court – Western District of Arkansas | November 18, 2015 | Active |



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ANDREW RICHARD GRAY*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify ANDREW RICHARD GRAY #254594 was on the 10th day of December 2007 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on this day of March 19th, 2024.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk