UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ADAM FERRARI<br>*Plaintiff*<br><br>v.<br><br>WILLIAM FRANCIS<br>*Defendant* | §<br>§<br>§<br>§<br>§ Case No. 3:23-cv-00455-S<br>§<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Latham & Watkins LLP_____, with offices at

330 North Wabash Avenue, Suite 2800_____
(Street Address)

Chicago_____  Illinois_____  60611_____
(City)                      (State)            (Zip Code)

312.876.7700_____.
(Telephone No.)

II.  Applicant will sign all filings with the name Garrett S. Long_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

garrett.long@lw.com_____.
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

> Plaintiff, Adam Ferrari

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of Illinois_____, where Applicant regularly practices law.

Bar license number: 6290075         Admission date: 2006

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:
_____

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals, 10th Circuit | October 7, 2015 | Active |
| U.S.D.C. - Central District of Illinois | April 21, 2008 | Active |
| U.S.D.C. - Eastern District of Texas | December 3, 2013 | Active |
| U.S.D.C. - Northern District of Illinois | January 11, 2007 | Active |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A                           N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

James Crewse at Crewse Law Firm, PLLC _____ who has offices at

5919 Vanderbilt Ave.
(Street Address)

Dallas                              TX                    75206
(City)                              (State)               (Zip Code)

214-394-2856
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 27th day of March, 2024.

Garrett S. Long
Printed Name of Applicant

*/s/ Garrett S. Long*
Signature

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Garrett Stuart Long

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 19th day of March, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois