**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ADAM FERRARI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:23-CV-455** |
| | § | |
| **WILLIAM FRANCIS,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>OFFER OF JUDGMENT</u>**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant hereby offers to allow judgment to be entered against Defendant in this action in the total amount of (i) Ten thousand dollars ($10,000), inclusive of all alleged damages on all claims alleged by Plaintiff against Defendant, and (ii) attorneys' fees and costs that have accrued to date as awarded by the Court.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that the defendant is liable in this action, or that the plaintiff has suffered any damage.

As provided in Rule 68(b), this Offer of Judgment is deemed withdrawn unless Plaintiff serves written notice accepting it within 14 days after being served with this Offer of Judgment.

Respectfully submitted,

By: _/s/ Charlene C. Koonce_____
    Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    Andrew C. Debter
     Texas Bar No. 24133954
     andrew@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX 75225
    Tel. 214.327.5000
    Fax. 214.327.5001

    *Attorneys for Defendant William Francis*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

/s/ Charlene C. Koonce_____
Charlene C. Koonce