UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-455-S |
| | § | |
| WILLIAM FRANCIS, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

Before the Court is the Unopposed Motion to Withdraw of Austin Champion and Andrew D. Gray of the law firm Champion LLP.  The Court has reviewed the Motion and determined it should be and hereby is, **GRANTED**.  It is, therefore,

**ORDERED** that Austin Champion and Andrew D. Gray of the law firm Champion LLP are hereby discharged as counsel of record for Plaintiff Adam Ferrari.

**SIGNED** this ___ day of _____, 2024.

_____
JUDGE PRESIDING