IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-455 |
| | § | |
| WILLIAM FRANCIS | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT

By this notice, Paulette C. Miniter of the law firm of Brown Fox PLLC, enters an appearance and provides notice that she is representing Defendant William Francis in the above-entitled and numbered cause of action and requests that all notices be sent to her at the following address:

Paulette C. Miniter
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: paulette@brownfoxlaw.com

        **Respectfully submitted,**

        By:  /s/*Paulette C. Miniter*
        Cortney C. Thomas
         Texas Bar No. 24075153
         cort@brownfoxlaw.com
        Charlene C. Koonce
         Texas Bar No. 11672850
         charlene@brownfoxlaw.com
        Paulette C. Miniter
         Texas Bar No. 24102213
         paulette@brownfoxlaw.com
        Andrew C. Debter
         Texas Bar No. 24133954
         andrew@brownfoxlaw.com
        BROWN FOX PLLC
        8111 Preston Road, Suite 300
        Dallas, TX  75225
        Tel. 214.327.5000
        Fax. 214.327.5001

        ***Attorneys for Defendant William Francis***

## CERTIFICATE OF SERVICE

     Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system on May 10, 2024.

        */s/ Paulette C. Miniter*
        Paulette C. Miniter