AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| ADAM FERRARI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-CV-455 |
| WILLIAM FRANCIS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADAM FERRARI.

Date: 07/08/2024

/s/ Ross M. Good
*Attorney's signature*

Ross M. Good, IL6312917
*Printed name and bar number*

800 E Northwest Hwy
Ste 814
Palatine, IL 60074
*Address*

Ross@thegoodlawgroup.com
*E-mail address*

(847) 600-9576
*Telephone number*

(800) 709-1179
*FAX number*