**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ADAM FERRARI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:23-CV455** |
| | § | |
| **WILLIAM FRANCIS,** | § | |
| | § | |
| Defendant. | § | |

**ORDER REGARDING DEFENDANT'S MOTION FOR PROTECTIVE**
**ORDER REGARDING NOTICE OF INTENT TO DEPOSE DEFENDANT**

Before the Court is the Parties' Joint Report Regarding Defendant William Francis's Motion for Protective Order Regarding Notice of Intent to Depose Defendant, as well as the Appendix in Support. Having considered the Joint Report the Court is of the opinion that it should be and hereby is _____.

**SO ORDERED**.

_____, 2024.

_____
**HON. DAVID L. HORAN**
**UNITED STATES MAGISTRATE JUDGE**