IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-cv-455-S |
| | § | |
| WILLIAM FRANCIS, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant William Francis respectfully submits this notice of supplemental authority to identify a recent order issued in the first-filed, parallel litigation in Texas state court, styled *Phoenix Capital Group Holdings, LLC v. William Francis and Incline Energy Partners, LP*, Cause No. DC 06360, in the 116th District Court for Dallas County, Texas, which impacts related issues before this Court.

On November 11, 2024, the Texas state court entered an Order Granting Defendants' Amended Renewed TCPA Motion to Dismiss Upon Remand, dismissing the lawsuit with prejudice.

A true and correct copy of the Order is attached hereto as **Exhibit A**.

1

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ Cortney C. Thomas*
 Cortney C. Thomas
  Texas Bar No. 24075153
  cort@brownfoxlaw.com
 Charlene C. Koonce
  Texas Bar No. 11672850
  charlene@brownfoxlaw.com
 Andrew C. Debter
  Texas Bar No. 24133954
  andrew@brownfoxlaw.com
 BROWN FOX PLLC
 8111 Preston Road, Suite 300
 Dallas, TX 75225
 Tel. 214.327.5000
 Fax. 214.327.5001

*Attorneys for Defendant William Francis*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

2