IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Adam Ferrari,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>William Francis,<br><br>　　　　*Defendant*. | Civil Action No. 3:23-cv-455<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

David Y. Sillers, who is admitted to practice in this Court, hereby enters his appearance as Counsel for Plaintiff and requests that notice of all pleadings, motions, orders, notices and other papers in this matter be provided to him at the address below:

> David Sillers
> david@clarelocke.com
> Clare Locke LLP
> 10 Prince St.
> Alexandria, VA 22314
> Phone: (202) 899-3884

Dated: November 19, 2024

Respectfully Submitted,

/s/ *David Y. Sillers*
DAVID Y. SILLERS
Texas Bar No. 24072341
david@clarelocke.com
Clare Locke LLP
10 Prince St.
Alexandria, VA 22314
Phone: (202) 899-3884

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that on this November 19, 2024, the foregoing document was served through filing with the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.1(d).

/s/ *David Y. Sillers*
DAVID SILLERS