IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Adam Ferrari, *Plaintiff*, v. William Francis, *Defendant*. | Civil Action No. 3:23-cv-455 <br><br> JURY TRIAL DEMANDED |

### DECLARATION OF DAVID Y. SILLERS

I, DAVID Y. SILLERS, hereby declare as follows:

1. My name is David Y. Sillers. I am over eighteen (18) years of age, and the facts stated herein are true and based upon my personal knowledge.

2. I am admitted to practice in the State of Texas and the Northern District of Texas. I have been held in good standing since I was admitted.

3. I currently reside in Dallas County within the geographical limits of the Northern District of Texas, Dallas Division. Local Rule 83.10 requires local counsel only where counsel "does not reside or maintain the attorney's principal office in this district." Because I reside in the District, I understand myself to be in full compliance with Local Rule 83.10.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 19, 2024

_____
David Y. Sillers

1