IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Adam Ferrari, <br><br>       *Plaintiff*, <br><br>   v. <br><br>William Francis, <br><br>       *Defendant*. | Civil Action No. 3:23-cv-455 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

Camilla J. Hundley, who is admitted to practice in this Court, hereby enters her appearance

as Counsel for Plaintiff and requests that notice of all pleadings, motions, orders, notices and other

papers in this matter be provided to him at the address below:

> Camilla J. Hundley
> camilla@clarelocke.com
> Clare Locke LLP
> 10 Prince St.
> Alexandria, VA 22314
> Phone: (202) 899-3876

Dated: November 20, 2024

Respectfully Submitted,

/s/ *Camilla J. Hundley*
CAMILLA J. HUNDLEY
Texas Bar No. 24103157
camilla@clarelocke.com
Clare Locke LLP
10 Prince St.
Alexandria, VA 22314
Phone: (202) 899-3876

**COUNSEL FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

Undersigned counsel certifies that on this November 20, 2024, the foregoing document was served through filing with the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.1(d).

/s/ *Camilla J. Hundley*
CAMILLA J. HUNDLEY
