UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:23-cv-00455-S |
| WILLIAM FRANCIS, | § § § | |
| Defendant. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Before the Court is the Unopposed Motion to Withdraw John T. Ryan, Andrew R. Gray, and Garrett S. Long of the law firm of Latham &Watkins LLP. The Court has reviewed the Motion and determined it should be GRANTED. It is therefore,

ORDERED that John T. Ryan, Andrew R. Gray, and Garrett S. Long of the law firm of Latham &Watkins LLP are hereby discharged as counsel of record for Plaintiff Adam Ferrari.

IT IS SO ORDERED.

SIGNED this \_\_\_\_ day of _____, 2024.

_____
Hon. Karen Gren Scholer
United States District Judge