IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADAM FERRARI, | |
| Plaintiff, | Civil Action No. 3:23cv-00455-S |
| vs. | |
| WILLIAM FRANCIS, | JURY TRIAL |
| Defendant. | |

**PLAINTIFF'S NOTICE OF APPEARANCE OF TRAVIS E. DEARMAN**

PLEASE TAKE NOTICE that Travis E. DeArman of the law firm of McKool Smith, P.C., 300 Crescent Court, Suite 1200, Dallas, Texas 75201, hereby appears as counsel of record for Plaintiff Adam Ferrari. Mr. DeArman certifies that he is admitted or otherwise authorized to practice in this Court and enters this appearance to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

Travis E. DeArman
tdearman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
Texas State Bar No. 24074117
300 Crescent Court Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

| | |
|---|---|
| Dated: December 20, 2024 | **MCKOOL SMITH, P.C.**<br><br>/s/ *Travis E. DeArman*<br>Travis E. DeArman<br>tdearman@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>Texas State Bar No. 24074117<br>300 Crescent Court Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>**ATTORNEY FOR PLAINTIFF**<br>**ADAM FERRARI** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 20, 2024.

/s/ *Travis E. DeArman*
Travis E. DeArman
