# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ADAM FERRARI, | |
|     Plaintiff, | Civil Action No.  3:23cv-00455-S |
| vs. | |
| WILLIAM FRANCIS, | JURY TRIAL |
|     Defendant. | |

## PLAINTIFF'S NOTICE OF APPEARANCE OF GARY CRUCIANI

PLEASE TAKE NOTICE that Gary Cruciani of the law firm of McKool Smith, P.C., 300 Crescent Court, Suite 1200, Dallas, Texas 75201, hereby appears as counsel of record for Plaintiff Adam Ferrari. Mr. Cruciani certifies that he is admitted or otherwise authorized to practice in this Court and enters this appearance to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

    Gary Cruciani
    gcruciani@mckoolsmith.com
    **MCKOOL SMITH, P.C.**
    Texas State Bar No. 05177300
    300 Crescent Court, Suite 1200
    Dallas, TX 75201
    Telephone: (214) 978-4009
    Facsimile: (214) 978-4044

| | |
|---|---|
| Dated: January 6, 2025 | **MCKOOL SMITH, P.C.**<br><br>/s/ *Gary Cruciani*<br>Travis E. DeArman<br>Texas State Bar No. 24074117<br>tdearman@mckoolsmith.com<br>Gary Cruciani<br>Texas State Bar No. 05177300<br>gcruciani@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>Texas State Bar No. 24074117<br>300 Crescent Court, Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>ATTORNEY FOR PLAINTIFF<br>ADAM FERRARI |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 6, 2025.

/s/ *Gary Cruciani*
Gary Cruciani