IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM FERRARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-cv-455-S |
| | § | |
| WILLIAM FRANCIS, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S DESIGNATION OF EXPERTS

Defendant William Francis makes the following designation of experts in accordance with the Scheduling Order entered in this case and Fed. R. Civ. P. 26(a)(2).

Respectfully submitted,

*/s/ Cortney C. Thomas*
Cortney C. Thomas
 Texas Bar No. 24075153
 cort@brownfoxlaw.com
Charlene C. Koonce
 Texas Bar No. 11672850
 charlene@brownfoxlaw.com
Andrew C. Debter
 Texas Bar No. 24133954
 andrew@brownfoxlaw.com
 BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Defendant William Francis*

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## **DEFENDANT'S DESIGNATION OF EXPERTS**

1. Marc Fagel
   Lecturer in Law
   Stanford Law School

   c/o Brown Fox PLLC
   8111 Preston Road, Suite 300
   Dallas, Texas 75225
   214.327.5000

   Mr. Marc Fagel will provide testimony regarding Adam Ferrari's concealed role and control over Phoenix Capital Group, its impact on investor disclosures, and the potential implications of that conduct under securities laws and regulations, as detailed in the attached report. Mr. Fagel may also provide testimony, if necessary, in rebuttal to any opinions offered by any expert retained by Defendants. Mr. Fagel's report and CV are being produced to all counsel of record with this designation. Mr. Fagel reserves the right to amend or revise his opinions based on discovery provided in this litigation.