UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Adam Ferrari | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:23-cv-00455-S |
| | § | |
| | § | |
| William Francis | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

McKool Smith P.C.                                                                                              , with offices at

One California Plaza - 300 South Grand Ave., Suite 2900
(Street Address)

Los Angeles                                  California                    90071
(City)                                          (State)                       (Zip Code)

213-694-1200                                213-694-1234
(Telephone No.)                            (Fax No.)


**II.**   Applicant will sign all filings with the name  Chad S. Hummel                                     .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Adam Ferrari



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 139055    Admission date: December 12, 1988

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Exhibit A | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

05/09/2024                      3:22cv2298 - Caliber Home Loans, Inc. v. Cove, et al.

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Travis E. DeArman                                                      , who has offices at

300 Crescent Court, Suite 1200
(Street Address)

Dallas                                  Texas                    75201
(City)                                  (State)                  (Zip Code)

214-978-4000                            214-978-4044
(Telephone No.)                         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  13th  day of February            , 2025    .

Chad S. Hummel
Printed Name of Applicant

*/s/ Chad S. Hummel*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## **EXHIBIT A**

Application for Admission Pro Hac Vice for Chad S. Hummel:

V. Applicant has been admitted to practice before the following courts:

| Court | Date Admitted | Active or Inactive |
|---|---|---|
| California Supreme Court | 12/12/1988 | Active |
| United States Supreme Court | 04/02/2012 | Active |
| USDC, Central District of California | 01/27/1989 | Active |
| USDC, Northern District of California | 08/10/2015 | Active |
| USDC, Eastern District of California | 04/26/1996 | Active |
| USDC, Southern District of California | 08/02/2002 | Active |