IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ADAM FERRARI,

          Plaintiff,

v.

WILLIAM FRANCIS,

          Defendant.

Civil Action No.  3:23-cv-455-S-BN

**ORDER**

Before the Court are Defendant William Francis's Motion for Leave to File Under Seal His Response and Supporting Appendix to Plaintiff Adam Ferrari's Motion for Protective Order Regarding Defendant's Subpoena to First International Bank & Trust (ECF 82), and the Parties' Joint Report Regarding Defendant William Francis's Required Motion for Leave to File Under Seal His Response and Supporting Appendix Regarding Plaintiff's Memorandum Regarding Jurisdictional Deficiency (ECF 90).

Having considered the Motion and Joint Report, the Court DENIES Defendant William Francis's Motion for Leave to File Under Seal Appendix in Support of Defendant's Response to Plaintiff's Memorandum Regarding Jurisdictional Deficiency but GRANTS Defendant William Francis's Motion for Leave to File Under Seal his Response to Plaintiff Adam Ferrari's Motion for Protective Order Regarding Defendant's Subpoena to First International Bank & Trust.

The Clerk of Court is hereby DIRECTED as follows:

1. Dkt. No. 82-1 shall remain under seal. The redacted version at Dkt. No. 80 shall remain publicly filed.

2. Dkt. No. 82-2 (containing Exhibits A-15, A-16, A-17, and A-20) shall remain under

   seal.  The redacted version at Dkt. No. 81 shall remain publicly filed.

3. Dkt. No. 90 shall be unsealed and filed on the public docket.

4. Dkt. No. 91 shall be unsealed and filed on the public docket.

5. Dkt. No. 94 shall be unsealed and filed on the public docket.

6. Dkt. No. 95 shall be unsealed and filed on the public docket.

SO ORDERED.

DATE: April 24, 2025.

Magistrate Judge David L. Horan

**ATTORNEYS ENTITLED TO BE NOTIFIED OF ENTRY OF THIS ORDER**

Thomas A. Clare, P.C.
Joseph R. Oliveri
David Y. Sillers
Camilla Hundley
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
joe@clarelocke.com
david@clarelocke.com
camilla@clarelocke.com

*Attorneys for Plaintiff Adam Ferrari & Phoenix Capital*

Charlene Cantrell Koonce
Paulette Miniter
Cort Thomas
Andrew Debter
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
214-327-5000
214-327-5001 (fax)
Email: charlene@brownfoxlaw.com
Email: paulette@brownfoxlaw.com
Email: cort@brownfoxlaw.com
Email: andrew@brownfoxlaw.com

*Attorneys for William Francis*