**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ADAM FERRARI<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS<br><br>    Defendant. | Case No. 3:23-cv-00455-S |

**JOINT MOTION FOR ENTRY OF AMENDED AGREED PROTECTIVE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION**

Pursuant to Federal Rule of Civil Procedure 26 and the Court's inherent authority to manage the discovery process, Plaintiff Adam Ferrari and Defendant William Francis respectfully request that the Court enter in this case the Amended Agreed Protective Order attached hereto as Exhibit A.

The Parties have reached an agreement in principle that would result in a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). A material term of that agreement, and a precondition to the stipulation, is that the Court enter an Amended Agreed Protective Order (Exhibit A) that would replace the Agreed Protective Order previously entered in this case (Dkt. 54). The purpose of the amendment is to remove the document deletion requirement and thus save the parties significant expense should future disputes arise.

Importantly, the parties seek to enter the Amended Agreed Protective Order before the deadline for dispositive motions in this case (**Monday, May 12, 2025**) so that the Parties can stipulate to dismiss the matter and avoid any additional activity relating to summary judgment. The Parties appreciate the Court's expedited attention to this matter.

**AGREED AS TO FORM AND SUBSTANCE**

Dated: May 8, 2025

By: /s/ *Cortney C. Thomas*
Cortney C. Thomas
  Texas Bar No. 24075153
  cort@brownfoxlaw.com
Charlene C. Koonce
  Texas Bar No. 11672850
  charlene@brownfoxlaw.com
Andrew C. Debter
  Texas Bar No. 24133954
  andrew@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Defendant William Francis*

/s/ *David Y. Sillers*
David Y. Sillers (Texas Bar No. 24072341)
Thomas A. Clare, P.C. (*pro hac vice*)
Joseph R. Oliveri (*pro hac vice*)
Camilla J. Hundley
(Texas Bar No. 24103157)
Warren G. Bianchi (*pro hac vice*)
Telephone: (202) 628-7400
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
david@clarelocke.com
tom@clarelocke.com
joe@clarelocke.com
camilla@clarelocke.com
warren@clarelocke.com

Chad S. Hummel (*pro hac vice*)
Travis E. DeArman
Gary Cruciani
McKool Smith
One California Plaza
300 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-694-1200
chummel@mckoolsmith.com
tdearman@mckoolsmith.com
gcruciani@mckoolsmith.com

Ross M Good (*pro hac vice*)
The Good Law Group
800 E Northwest Hwy, Ste 814
Palatine, IL 60074
847-600-9576
ross@thegoodlawgroup.com

*Attorneys for Plaintiff Adam D. Ferrari*

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of Adam Ferrari's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) was served on the below counsel on May 8, 2025 via email.

Charlene Cantrell Koonce
Paulette Miniter
Cort Thomas
Andrew Debter
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
214-327-5000
214-327-5001 (fax)
Email: charlene@brownfoxlaw.com
Email: paulette@brownfoxlaw.com
Email: cort@brownfoxlaw.com
Email: andrew@brownfoxlaw.com

*Attorneys for William Francis*

Dated: May 8, 2025                    /s/ *David Y. Sillers*
                                      *David Y. Sillers*


**CERTIFICATE OF CONFERENCE**

I have conferred repeatedly with Cort Thomas, counsel for Defendant, and we agree that this Amended Agreed Protective Order would allow the parties to move forward with a Stipulation of Dismissal.

Dated: May 8, 2025                    /s/ *David Y. Sillers*
                                      *David Y. Sillers, Attorney for Plaintiff*