UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADAM FERRARI<br><br>     Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS<br><br>     Defendant. | Case No. 3:23-cv-00455-S |

**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Adam Ferrari and Defendant William Francis stipulate and agree that the above-captioned case is hereby **DISMISSED, WITH PREJUDICE.**

Dated: May 8, 2025

<table>
<tr><td>

/s/ *Charlene Koonce*
Charlene Koonce
Cort Thomas
Paulette Miniter
Andrew Debter
BROWN FOX LAW
81111 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 327-5000
charlene@brownfoxlaw.com
cort@brownfoxlaw.com
paulette@brownfoxlaw.com
andrew@brownfoxlaw.com

*Attorneys for Defendant William Francis*

</td><td>

/s/ *David Y. Sillers*
David Y. Sillers (Texas Bar No. 24072341)
Thomas A. Clare, P.C. (*pro hac vice*)
Joseph R. Oliveri (*pro hac vice*)
Camilla J. Hundley
(Texas Bar No. 24103157)
Warren G. Bianchi (*pro hac vice*)
Telephone: (202) 628-7400
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
david@clarelocke.com
tom@clarelocke.com
joe@clarelocke.com
camilla@clarelocke.com
warren@clarelocke.com

Chad S. Hummel (*pro hac vice*)
Travis E. DeArman
Gary Cruciani
McKool Smith
One California Plaza
300 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-694-1200
chummel@mckoolsmith.com
tdearman@mckoolsmith.com
gcruciani@mckoolsmith.com

James O. Crewse
Crewse Law Firm PLLC
5919 Vanderbilt Avenue
Dallas, TX 75206
214-394-2856
jcrewse@crewselawfirm.com

Ross M Good (*pro hac vice*)
The Good Law Group
800 E Northwest Hwy, Ste 814
Palatine, IL 60074
847-600-9576
ross@thegoodlawgroup.com

*Attorneys for Plaintiff Adam D. Ferrari*

</td></tr>
</table>